IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:25-CV-00359-D-BM

R.J. CORMAN RAILROAD )
COMPANY/CAROLINA LINES, )
LLC, )
    Plaintiff )   **ORDER GRANTING**
     )   **JOINT MOTION TO STAY**
    v. )
     )
GLOBAL BIO RESOURCES, INC. )
     )
    Defendant. )
_____ )

This matter is before the Court on the Joint Motion to Stay (DE 20). For good cause shown, and in the exercise of the Court's discretion to control the disposition of causes on its docket, the Joint Motion is GRANTED. This case is stayed pending further order of the Court. The Parties shall file, within seven days of the final disposition of an appeal described in the Joint Motion, a Joint Notice regarding the resumption of this case.

SO ORDERED. This the 7 day of March, 2025.

JAMES C. DEVER III
United States District Judge

1